IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY PARKER ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| v. ) | FILE No. 1:14-CV-01303-TCB |
| ) | |
| 24 HOUR TIRESHOP LLC ) | |
| and MATTHIAS O. AGURD ) | |
| ) | |
| Defendant ) | |

## NOTICE OF DISMISSAL WTHOUT PREJUDICE

COMES NOW Timothy Parker, Plaintiff in the above-styled civil action, with the Consent of Defendants, and, pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii), files this stipulation of dismissal without prejudice.

This 27th day of October, 2014.

| | |
|---|---|
| FRIED & BONDER, LLC | Jonathan R. Melnick P.C. |
| | |
| /s/ David S. Fried | /s/ Jonathan R. Melnick |
| David S. Fried | Jonathan R. Melnick |
| Georgia Bar No. 277319 | Georgia Bar No. 501254 |
| | |
| White Provision, Suite 305 | 3355 Lenox Rd. |
| 1170 Howell Mill Road, NW | Suite 750 |
| Atlanta, Georgia 30318 | Atlanta, GA 30326 |
| Phone: (404) 995-8808 | Phone: (404) 249-8383 |
| Fax: (404) 995-8899 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TIMOTHY PARKER | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| v. | ) | FILE No. 1:14-CV-01303-TCB |
| | ) | |
| 24 HOUR TIRESHOP LLC | ) | |
| and MATTHIAS O. AGURD | ) | |
| | ) | |
| Defendant | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on October 27, 2014, filed and served a true and accurate copy of the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all participating attorneys of records as indicated below:

Jonathan R. Melnick
Jonathan R. Melnick P.C.
3355 Lenox Rd., Suite 750
Atlanta, GA 30326

FRIED & BONDER, LLC

/s/ David S. Fried
David S. Fried
Georgia Bar No. 277319